## FORSYTH, RICHARDSON & CO.
### v.
## ROBERT AND JAMES ABBOTT ET AL.

1809

JOURNAL ENTRIES

1. Rule to answer; continuance . . . . . . *Journal, infra,* \*p. 232
2. Discontinuance . . . . . . . . . . . . " 297

PAPERS IN FILE

[None]

## IN THE MATTER OF WILLIAM McDOWELL SCOTT, MARSHAL

1809

JOURNAL ENTRIES

1. Application presented; ordered filed . . . . *Journal, infra,* \*p. 234
2. Conduct of treasurer found correct . . . . . . . " 244

PAPERS IN FILE

[None]